MINUTE ENTRY
BROWN, J.
May 24, 2013
JS-10 00:03

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY J. HUFFMAN** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 12-1061** |
| **TURNER INDUSTRIES GROUP, L.L.C.** | **SECTION: "G"(2)** |

## MINUTE ENTRY

A status conference was held on May 24, 2013, with the following individuals participating by telephone:

- J. Arthur Smith, III, of Smith Law Firm, on behalf of Plaintiff
- Justin D. DeLaune, of Smith Law Firm, on behalf of Plaintiff
- Susan Faye Clade, of Simon, Peragine, Smith & Redfearn, LLP, on behalf of Defendant
- Luke P. LaRocca, of Simon, Peragine, Smith & Redfearn, LLP, on behalf of Defendant

During this status conference, the parties informed the Court that they have settled this matter. The Court stated that it would issue a 60-day order of dismissal.

**NEW ORLEANS, LOUISIANA**, this 24th day of May, 2013.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

1